**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-56973 |
| | : | Chapter 7 (Judge C. Kathryn Preston) |
| James P. Strout | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | |

## STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S CLAIM OF EXEMPTIONS

The Debtor James P. Strout, by and through counsel, and Susan L. Rhiel, Trustee, by and through counsel, hereby stipulate and agree that the Trustee's time for objecting to the Debtor's claim of exemptions pursuant to Federal Rule of Bankruptcy Procedure 4003 is extended until February 6, 2017. The Trustee shall have until February 6, 2017 in which to file an objection to the Debtor's exemptions.

**Agreed by:**

/s/ Kristin Radwanick
Kristin Radwanick (0079106)
3956 Brown Park Drive, Ste. B
Hilliard, Ohio 43230
Telephone: (614) 221-4670
Email: kristin@jml-legal.com


/s/ Scott r. Needleman via telephone authorization 1.3.2017
Scott R. Needleman (0055533)
5300 E. Main Street
Ste. 109
Columbus, Ohio 43213
Telephone: (614) 575-1188
Email: j.ives@srneedleman.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served upon all parties on the attached list by ordinary U.S. Mail, postage prepaid and upon the individuals listed below via the Court's ECF system on January 3, 2017.

                                          /s/ Kristin Radwanick
                                          Kristin Radwanick (0079106)

Electronic Mail Notice List

- Asst US Trustee (Col)	ustpregion09.cb.ecf@usdoj.gov
- Scott R Needleman	j.ives@srneedleman.com
- Susan L Rhiel	pleadings@jml-legal.com, oh57@ecfcbis.com;sr@trustesolutions.net

James P Strout
9300 Bennington Chapel Road
Centerburg, OH 43011
*Via regular mail*