FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-56973 | Trustee Name: | Susan L. Rhiel |
| --- | --- | --- | --- |
| Case Name: | STROUT, JAMES P | Date Filed (f) or Converted (c): | 10/28/2016 (f) |
| For the Period Ending: | 12/31/2016 | §341(a) Meeting Date: | 12/06/2016 |
| | | Claims Bar Date: | 03/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 9300 Bennington Chapel Road Centerburg, OH - 43011-0000 Licking County Free and Clear *Market Value Rpresents Debtors Half Interest | $128,100.00 | $0.00 | | $0.00 | $128,100.00 |
| 2 | Make: Chevrolet Model: Silverado K1500 Year: 2001 Mileage: 200,000 Other Information: Engine Problems Body Damage Free and Clear Residence | $3,025.00 | $0.00 | | $0.00 | FA |
| 3 | Household Furnishings, Appliances, Kitchenwares, Lawn and Garden Equipment, Household Tools | $2,325.00 | $0.00 | | $0.00 | FA |
| 4 | Home Electronics | $400.00 | $0.00 | | $0.00 | FA |
| 5 | 2 Handguns, 2 Shotguns, Rifle | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Account #0926 Kroger Prepaid Visa/US Bank | $120.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$134,920.00     $0.00     $0.00     $128,100.00

**Major Activities affecting case closing:**

12/31/2016    Debtor jointly owns the property located at 9300 Bennington Chapel Road with his non-filing spouse (Debtor is currently separated from his spouse). The property is not subject to a mortgage, but is subject to a tax lien(s). The Trustee intends to market and sell the property pursuant to 11 U.S.C. 724(b) for the benefit of creditors.

**Initial Projected Date Of Final Report (TFR):**    07/31/2017     **Current Projected Date Of Final Report (TFR):**    12/31/2017     /s/ SUSAN L. RHIEL

SUSAN L. RHIEL